# "UNDER SEAL"

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

FILED
CHARLOTTE, NC

| | |
|---|---|
| United States of America )<br>v. )<br>Material Witness )<br>_____ )<br>Defendant ) | Case No. 3:14mj 91 |

JUL 15 2014

US District Court
Western District of NC

## WARRANT FOR THE ARREST OF A WITNESS
## OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* _____

Aadilah George _____ , a person

☐  who has been served with a subpoena to appear in this case and has failed to do so.

☑  who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date and time issued:  5-20-14  2:38pm _____      _____
                                                                        *Issuing officer's signature*

City and state:    Charlotte, North Carolina _____      David S. Cayer
                                                                        *Printed name and title*
                                                                        U.S. Magistrate Judge

---

## Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)*  7/8/2014 _____

at *(city and state)*   Las Vegas, NV _____ .

Date:  7/8/2014 _____                     _____
                                                                *Arresting officer's signature*

                                                    Zen Viola, SDUSM
                                                    _____
                                                    *Printed name and title*